**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-28041 |
| | § | |
| BRENDA TAGLER | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/31/2016. The undersigned trustee was appointed on 08/31/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $6,058.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $30.21 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $6,027.79 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/31/2017 and the deadline for filing government claims was 07/31/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,355.80. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,355.80, for a total compensation of $1,355.80[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $16.78, for total expenses of $16.78.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/19/2018                                By:    /s/ David P. Leibowitz
                                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 16-28041 Doc 35 Filed 01/26/18 Entered 01/26/18 08:18:35 Desc Main
Document Page 3 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit A

| Case No.: | 16-28041 | | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- | --- |
| Case Name: | TAGLER, BRENDA | | | Date Filed (f) or Converted (c): | 08/31/2016 (f) |
| For the Period Ending: | 1/19/2018 | | | §341(a) Meeting Date: | 09/22/2016 |
| | | | | Claims Bar Date: | 07/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1   4043 Dean Dr Oak Lawn, IL - 60453-0000 Cook County Partial interest (33%) | $185,000.00 | $22,523.00 | | $0.00 | FA |
| **Asset Notes:** Broker's estimate of value is $170-190k. Schedules incorrectly state that Debtor owns 1/3 interest; she actually owns as tenant by entireties with husband; however, the value does not warrant the litigation necessary for a sale. | | | | | |
| 2   2011 Ford Escape (78k miles) | $6,500.00 | $1,582.50 | | $1,359.41 | FA |
| **Asset Notes:** CarMax appraisal: $6500; value updated in Amended Schedule B filed 2/9/2017 (dkt #24). Also, vehicle title was provided, reflecting Debtor, Brenda Tagler, as sole owner; accordingly, ownership interest was corrected on Amended Schedule B (from 33% to 100%). | | | | | |
| 3   1998 Mercury Mountaineer Partial interest (50%) | $300.00 | $150.00 | | $0.00 | FA |
| 4   Master bedroom set, sofa, tables and lamps, bedroom sets, dressers, kitchen and dining tables and chairs | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 5   TV, phone, DVD player, laptop, printer | $250.00 | $250.00 | | $0.00 | FA |
| 6   ordinary wearing apparel | $500.00 | $500.00 | | $0.00 | FA |
| 7   wedding ring, engagement ring, class ring, costume jewelry | $900.00 | $0.00 | | $0.00 | FA |
| 8   two cats | Unknown | $0.00 | | $0.00 | FA |
| 9   Checking Chase Bank | $1,175.56 | $743.06 | | $639.73 | FA |
| 10  401(k) Fidelity Investments | $6,920.14 | $0.00 | | $0.00 | FA |
| 11  Pension Municipal Employee's Annuity and Benefit Fund of Chicago (Partial interest 50%) | Unknown | $0.00 | | $0.00 | FA |
| 12  IRA Transamerica Retirement Solutions | $1,150.91 | $0.00 | | $0.00 | FA |
| 13  2016 Federal Income Tax Refund  (u) | $0.00 | $4,058.86 | | $4,058.86 | FA |
| **Asset Notes:** Debtor's pro-rated portion, $1,999.14, was applied, per settlement approved on 06/07/2017 (dkt #33), in settlement of Trustee's claim for non-exempt equity in vehicle (asset #2) and checking account (asset #9). | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                                     **Gross Value of Remaining Assets**

$203,696.61          $30,807.42                       $6,058.00                                      $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2       Exhibit A

| Case No.: | 16-28041 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TAGLER, BRENDA | Date Filed (f) or Converted (c): | 08/31/2016 (f) |
| For the Period Ending: | 1/19/2018 | §341(a) Meeting Date: | 09/22/2016 |
| | | Claims Bar Date: | 07/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

05/16/2017   2017 Reporting Period:

Trustee has intercepted Debtor's 2016 tax refund in the amount of $6058, of which $4058.86 is the estate's pro-rated portion.  Debtor agreed to use her pro-rated portion, $1,999.14, in settlement of the Trustee's claim for recovery of $2,325.56 in non-exempt equity in Debtor's vehicle and checking account.

The claims bar date is 7/31/17, after which the case is ready for TFR.

| Initial Projected Date Of Final Report (TFR): | 04/22/2018 | Current Projected Date Of Final Report (TFR): | /s/ DAVID LEIBOWITZ |
|---|---|---|---|
| | | | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-28041 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | TAGLER, BRENDA | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9005 | | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/31/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/19/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/27/2017 | | US Treasury | 2016 Tax Refund | | * | $6,058.00 | | $6,058.00 |
| | {13} | | Estate Portion - 2016 Income Tax Refund | $4,058.86 | 1224-000 | | | $6,058.00 |
| | {2} | | Settlement for non-exempt equity in vehicle | $1,359.41 | 1129-000 | | | $6,058.00 |
| | {9} | | Settlement for non-exempt funds in bank account | $639.73 | 1129-000 | | | $6,058.00 |
| 04/28/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $1.26 | $6,056.74 |
| 05/01/2017 | 3001 | BRENDA TAGLER | VOID - Debtor's Pro-Rated Portion - 2016 Tax Refund | | 8500-003 | | $1,999.14 | $4,057.60 |
| 05/16/2017 | 3001 | VOID: BRENDA TAGLER | VOID - Debtor agreed to settle for non-exempt property in lieu of receiving her pro-rated refund. | | 8500-003 | | ($1,999.14) | $6,056.74 |
| 05/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $9.77 | $6,046.97 |
| 06/30/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $10.07 | $6,036.90 |
| 07/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $9.11 | $6,027.79 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $6,058.00 | $30.21 | $6,027.79 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $6,058.00 | $30.21 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $6,058.00 | $30.21 | |

| For the period of 8/31/2016 to 1/19/2018 | | For the entire history of the account between 04/27/2017 to 1/19/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,058.00 | Total Compensable Receipts: | $6,058.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,058.00 | Total Comp/Non Comp Receipts: | $6,058.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $30.21 | Total Compensable Disbursements: | $30.21 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.21 | Total Comp/Non Comp Disbursements: | $30.21 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-28041 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TAGLER, BRENDA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9005 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $6,058.00 | $30.21 | $6,027.79 |

**For the period of 8/31/2016 to 1/19/2018**

| Total Compensable Receipts: | $6,058.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,058.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.21 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/31/2016 to 1/19/2018**

| Total Compensable Receipts: | $6,058.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,058.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30.21 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 16-28041 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | TAGLER, BRENDA | | | | | | | | Date: 1/19/2018 |
| Claims Bar Date: | 07/31/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,355.80 | $0.00 | $0.00 | $0.00 | $1,355.80 |
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $16.78 | $0.00 | $0.00 | $0.00 | $16.78 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $20.02 | $0.00 | $0.00 | $0.00 | $20.02 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $507.50 | $0.00 | $0.00 | $0.00 | $507.50 |
| 2 | SALLIE MAE  P.O Box 3319 Wilmington DE 19804 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $28,949.77 | $0.00 | $0.00 | $0.00 | $28,949.77 |
| 5 | VERIZON  by American InfoSource LP as agent 4515 N Santa Fe Ave Oklahoma City OK 73118 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,237.87 | $0.00 | $0.00 | $0.00 | $1,237.87 |
| 1 | DISCOVER BANK  Discover Products Inc PO Box 3025 New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $8,753.53 | $0.00 | $0.00 | $0.00 | $8,753.53 |

# CLAIMS ANALYSIS REPORT

Page No: 2
Exhibit C

| Case No. | 16-28041 | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | TAGLER, BRENDA | | | | | | | | Date: | 1/19/2018 |
| Claims Bar Date: | 07/31/2017 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | CHASE BANK USA, N.A.<br><br>Attn Corres Dept<br>PO Box 15298<br>Wilmington DE 19850 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,492.94 | $0.00 | $0.00 | $0.00 | $3,492.94 |
| 4 | CHASE BANK USA, N.A.<br><br>Attn Corres Dept<br>PO Box 15298<br>Wilmington DE 19850 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,528.68 | $0.00 | $0.00 | $0.00 | $1,528.68 |
| 6 | CAPITAL ONE, N.A.<br><br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,531.29 | $0.00 | $0.00 | $0.00 | $1,531.29 |
| | | | | | $47,394.18 | $0.00 | $0.00 | $0.00 | $47,394.18 |

**CLAIM ANALYSIS REPORT**

Page No: 3
Exhibit C

| Case No. | 16-28041 | | | | | Trustee Name: | David Leibowitz |
| Case Name: | TAGLER, BRENDA | | | | | Date: | 1/19/2018 |
| Claims Bar Date: | 07/31/2017 | | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $20.02 | $20.02 | $0.00 | $0.00 | $0.00 | $20.02 |
| Attorney for Trustee Fees (Trustee Firm) | $507.50 | $507.50 | $0.00 | $0.00 | $0.00 | $507.50 |
| General Unsecured § 726(a)(2) | $30,187.64 | $30,187.64 | $0.00 | $0.00 | $0.00 | $30,187.64 |
| Payments to Unsecured Credit Card Holders | $15,306.44 | $15,306.44 | $0.00 | $0.00 | $0.00 | $15,306.44 |
| Trustee Compensation | $1,355.80 | $1,355.80 | $0.00 | $0.00 | $0.00 | $1,355.80 |
| Trustee Expenses | $16.78 | $16.78 | $0.00 | $0.00 | $0.00 | $16.78 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      16-28041
Case Name:     BRENDA TAGLER
Trustee Name:  David P. Leibowitz

Balance on hand:   $6,027.79

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:   $0.00
Remaining balance:   $6,027.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,355.80 | $0.00 | $1,355.80 |
| David P. Leibowitz, Trustee Expenses | $16.78 | $0.00 | $16.78 |
| Lakelaw, Attorney for Trustee Fees | $507.50 | $0.00 | $507.50 |
| Lakelaw, Attorney for Trustee Expenses | $20.02 | $0.00 | $20.02 |

Total to be paid for chapter 7 administrative expenses:   $1,900.10
Remaining balance:   $4,127.69

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $4,127.69

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:   $0.00
Remaining balance:   $4,127.69

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $45,494.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $8,753.53 | $0.00 | $794.21 |
| 2 | Sallie Mae | $28,949.77 | $0.00 | $2,626.62 |
| 3 | Chase Bank USA, N.A. | $3,492.94 | $0.00 | $316.92 |
| 4 | Chase Bank USA, N.A. | $1,528.68 | $0.00 | $138.70 |
| 5 | Verizon | $1,237.87 | $0.00 | $112.31 |
| 6 | Capital One, N.A. | $1,531.29 | $0.00 | $138.93 |

Total to be paid to timely general unsecured claims:  $4,127.69
Remaining balance:  $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:  $0.00
Remaining balance:  $0.00

**UST Form 101-7-TFR (5/1/2011)**