## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-28041 |
| | § | |
| BRENDA TAGLER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $171,900.00 | Assets Exempt: | $29,471.05 |
| Total Distributions to Claimants: | $4,127.69 | Claims Discharged Without Payment: | $106,462.51 |
| Total Expenses of Administration: | $1,930.31 | | |

3)      Total gross receipts of $6,058.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,058.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $147,477.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,930.31 | $1,930.31 | $1,930.31 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $107,051.26 | $45,494.08 | $45,494.08 | $4,127.69 |
| **Total Disbursements** | $254,528.26 | $47,424.39 | $47,424.39 | $6,058.00 |

4).  This case was originally filed under chapter 7 on 08/31/2016.  The case was pending for 20 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/09/2018                    By:   /s/ David P. Leibowitz
                                                  Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2011 Ford Escape (78k miles) | 1129-000 | $1,359.41 |
| Checking Chase Bank | 1129-000 | $639.73 |
| 2016 Federal Income Tax Refund | 1224-000 | $4,058.86 |
| **TOTAL GROSS RECEIPTS** | | $6,058.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gateway | 4110-000 | $147,477.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $147,477.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,355.80 | $1,355.80 | $1,355.80 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $16.78 | $16.78 | $16.78 |
| Green Bank | 2600-000 | NA | $30.21 | $30.21 | $30.21 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $507.50 | $507.50 | $507.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $20.02 | $20.02 | $20.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,930.31 | $1,930.31 | $1,930.31 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $8,753.00 | $8,753.53 | $8,753.53 | $794.21 |
| 2 | Sallie Mae | 7100-000 | $25,715.00 | $28,949.77 | $28,949.77 | $2,626.62 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $3,492.00 | $3,492.94 | $3,492.94 | $316.92 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $1,528.00 | $1,528.68 | $1,528.68 | $138.70 |
| 5 | Verizon | 7100-000 | $936.14 | $1,237.87 | $1,237.87 | $112.31 |
| 6 | Capital One, N.A. | 7100-900 | $1,531.00 | $1,531.29 | $1,531.29 | $138.93 |
|  | Bank of America | 7100-000 | $27,025.00 | $0.00 | $0.00 | $0.00 |
|  | Barbara Clemmons | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
|  | Chase | 7100-000 | $20,800.00 | $0.00 | $0.00 | $0.00 |
|  | Citi Cards CBNA | 7100-000 | $6,817.00 | $0.00 | $0.00 | $0.00 |
|  | Nicor | 7100-000 | $154.12 | $0.00 | $0.00 | $0.00 |
|  | Sears/ CBNA | 7100-000 | $7,800.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $107,051.26 | $45,494.08 | $45,494.08 | $4,127.69 |

**FORM**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  1       Exhibit 8

| Case No.: | 16-28041 |
| Case Name: | TAGLER, BRENDA |
| For the Period Ending: | 4/9/2018 |

| Trustee Name: | David Leibowitz |
| Date Filed (f) or Converted (c): | 08/31/2016 (f) |
| §341(a) Meeting Date: | 09/22/2016 |
| Claims Bar Date: | 07/31/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| 1 | 4043 Dean Dr Oak Lawn, IL - 60453-0000 Cook County Partial interest (33%) | $185,000.00 | $22,523.00 | | $0.00 | FA |
| **Asset Notes:** | Broker's estimate of value is $170-190k.  Schedules incorrectly state that Debtor owns 1/3 interest; she actually owns as tenant by entireties with husband; however, the value does not warrant the litigation necessary for a sale. | | | | | |
| 2 | 2011 Ford Escape (78k miles) | $6,500.00 | $1,582.50 | | $1,359.41 | FA |
| **Asset Notes:** | CarMax appraisal: $6500; value updated in Amended Schedule B filed 2/9/2017 (dkt #24).  Also, vehicle title was provided, reflecting Debtor, Brenda Tagler, as sole owner; accordingly, ownership interest was corrected on Amended Schedule B (from 33% to 100%). | | | | | |
| 3 | 1998 Mercury Mountaineer Partial interest (50%) | $300.00 | $150.00 | | $0.00 | FA |
| 4 | Master bedroom set, sofa, tables and lamps, bedroom sets, dressers, kitchen and dining tables and chairs | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 5 | TV, phone, DVD player, laptop, printer | $250.00 | $250.00 | | $0.00 | FA |
| 6 | ordinary wearing apparel | $500.00 | $500.00 | | $0.00 | FA |
| 7 | wedding ring, engagement ring, class ring, costume jewelry | $900.00 | $0.00 | | $0.00 | FA |
| 8 | two cats | Unknown | $0.00 | | $0.00 | FA |
| 9 | Checking Chase Bank | $1,175.56 | $743.06 | | $639.73 | FA |
| 10 | 401(k) Fidelity Investments | $6,920.14 | $0.00 | | $0.00 | FA |
| 11 | Pension Municipal Employee's Annuity and Benefit Fund of Chicago (Partial interest 50%) | Unknown | $0.00 | | $0.00 | FA |
| 12 | IRA Transamerica Retirement Solutions | $1,150.91 | $0.00 | | $0.00 | FA |
| 13 | 2016 Federal Income Tax Refund   **(u)** | $0.00 | $4,058.86 | | $4,058.86 | FA |
| **Asset Notes:** | Debtor's pro-rated portion, $1,999.14, was applied, per settlement approved on 06/07/2017 (dkt #33), in settlement of Trustee's claim for non-exempt equity in vehicle (asset #2) and checking account (asset #9). | | | | | |

**TOTALS (Excluding unknown value)**    $203,696.61    $30,807.42        $6,058.00    **Gross Value of Remaining Assets**  $0.00

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2      Exhibit 8

| | | | |
|---|---|---|---|
| **Case No.:** | 16-28041 | **Trustee Name:** | David Leibowitz |
| **Case Name:** | TAGLER, BRENDA | **Date Filed (f) or Converted (c):** | 08/31/2016 (f) |
| **For the Period Ending:** | 4/9/2018 | **§341(a) Meeting Date:** | 09/22/2016 |
| | | **Claims Bar Date:** | 07/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

05/16/2017    2017 Reporting Period:

Trustee has intercepted Debtor's 2016 tax refund in the amount of $6058, of which $4058.86 is the estate's pro-rated portion.  Debtor agreed to use her pro-rated portion, $1,999.14, in settlement of the Trustee's claim for recovery of $2,325.56 in non-exempt equity in Debtor's vehicle and checking account.

The claims bar date is 7/31/17, after which the case is ready for TFR.

**Initial Projected Date Of Final Report (TFR):**      04/22/2018          **Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-28041 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | TAGLER, BRENDA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9005 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/31/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/27/2017 | | US Treasury | 2016 Tax Refund | * | $6,058.00 | | $6,058.00 |
| | {13} | | Estate Portion - 2016 Income Tax Refund | $4,058.86 | 1224-000 | | | $6,058.00 |
| | {2} | | Settlement for non-exempt equity in vehicle | $1,359.41 | 1129-000 | | | $6,058.00 |
| | {9} | | Settlement for non-exempt funds in bank account | $639.73 | 1129-000 | | | $6,058.00 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.26 | $6,056.74 |
| 05/01/2017 | 3001 | BRENDA TAGLER | VOID - Debtor's Pro-Rated Portion - 2016 Tax Refund | 8500-003 | | $1,999.14 | $4,057.60 |
| 05/16/2017 | 3001 | VOID: BRENDA TAGLER | VOID - Debtor agreed to settle for non-exempt property in lieu of receiving her pro-rated refund. | 8500-003 | | ($1,999.14) | $6,056.74 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $9.77 | $6,046.97 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $10.07 | $6,036.90 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $9.11 | $6,027.79 |
| 02/27/2018 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $16.78 | $6,011.01 |
| 02/27/2018 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,355.80 | $4,655.21 |
| 02/27/2018 | 3004 | Lakelaw | 138.Claim #: ; Amount Claimed: $507.50; Distribution Dividend: 100.00%; | 3110-000 | | $507.50 | $4,147.71 |
| 02/27/2018 | 3005 | Lakelaw | 138.Claim #: ; Amount Claimed: $20.02; Distribution Dividend: 100.00%; | 3120-000 | | $20.02 | $4,127.69 |
| 02/27/2018 | 3006 | Discover Bank | 138.Claim #: 1; Amount Claimed: $8,753.53; Distribution Dividend: 9.07%; | 7100-900 | | $794.21 | $3,333.48 |
| 02/27/2018 | 3007 | Sallie Mae | 138.Claim #: 2; Amount Claimed: $28,949.77; Distribution Dividend: 9.07%; | 7100-900 | | $2,626.62 | $706.86 |
| 02/27/2018 | 3008 | Chase Bank USA, N.A. | 138.Claim #: 3; Amount Claimed: $3,492.94; Distribution Dividend: 9.07%; | 7100-900 | | $316.92 | $389.94 |
| 02/27/2018 | 3009 | Chase Bank USA, N.A. | 138.Claim #: 4; Amount Claimed: $1,528.68; Distribution Dividend: 9.07%; | 7100-900 | | $138.70 | $251.24 |
| 02/27/2018 | 3010 | Verizon by American InfoSource LP as agent | 138.Claim #: 5; Amount Claimed: $1,237.87; Distribution Dividend: 9.07%; | 7100-000 | | $112.31 | $138.93 |
| | | | **SUBTOTALS** | | $6,058.00 | $5,919.07 | |

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-28041 | |
| **Case Name:** | TAGLER, BRENDA | |
| **Primary Taxpayer ID #:** | **-***9005 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/31/2016 | |
| **For Period Ending:** | 4/9/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2018 | 3011 | Capital One, N.A. | 138.Claim #: 6; Amount Claimed: $1,531.29; Distribution Dividend: 9.07%; | 7100-900 | | $138.93 | $0.00 |
| | | | **TOTALS:** | | $6,058.00 | $6,058.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,058.00 | $6,058.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $6,058.00 | $6,058.00 | |

| **For the period of 8/31/2016 to 4/9/2018** | | **For the entire history of the account between 04/27/2017 to 4/9/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $6,058.00 | Total Compensable Receipts: | $6,058.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,058.00 | Total Comp/Non Comp Receipts: | $6,058.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,058.00 | Total Compensable Disbursements: | $6,058.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,058.00 | Total Comp/Non Comp Disbursements: | $6,058.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3          Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 16-28041 | |
| Case Name: | TAGLER, BRENDA | |
| Primary Taxpayer ID #: | **-***9005 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 8/31/2016 | |
| For Period Ending: | 4/9/2018 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******4101 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $6,058.00 | $6,058.00 | $0.00 |

**For the period of 8/31/2016 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,058.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,058.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,058.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,058.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/31/2016 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,058.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,058.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,058.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,058.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ